UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Matthew Muldowney, individually and on behalf of all others similarly situated,

                Plaintiff,

                v.

Frontline Asset Strategies, LLC,

                Defendant.

Case No: 5:20-cv-00316-TJM-TWD

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: April 2, 2021

| **GORDON & REES, LLP** | **BARSHAY SANDERS, PLLC** |
|---|---|
| By: ___/s Peter G. Siachos___ | By: ___/s Craig B. Sanders___ |
| Peter G. Siachos, Esq. | Craig B. Sanders |
| 18 Columbia Turnpike, Suite 200 | 100 Garden City Plaza, Suite 500 |
| Florham Park, NJ 07932 | Garden City, New York 11530 |
| Tel: (973) 549-2500 | Tel. (516) 203-7600 |
| Email: | Email: *csanders@BarshaySanders.com* |
| *Attorneys for Defendant* | Our File No: 118305 |
| | *Attorneys for Plaintiff* |

IT IS SO ORDERED.
DATED: April 6, 2021

_____
Thomas J. McAvoy
Senior, U.S. District Judge